# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DOUGLAS LONGHINI, et al.

    Plaintiffs

v.

STATION CASINOS, LLC,

    Defendant

Case No.: 2:25-cv-01070-APG-BNW

**Order Granting Motion for Extension of Time**

[ECF No. 7]

    I ORDER that the plaintiffs' motion to extend time to file the verified petition for permission to practice in this case only (ECF No. 7) is GRANTED.  The deadline is extended to July 11, 2025.

    DATED this 9th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE