**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DOUGLAS LONGHINI, et al.,

    Plaintiffs

v.

NP DURANGO LLC,

    Defendant

Case No.: 2:25-cv-01070-APG-BNW

**Order Granting Unopposed Motion to Dismiss**

[ECF No. 38]

    I ORDER that defendant NP Durango LLC's motion to dismiss (ECF No. 38) is GRANTED as unopposed. LR 7-2(d).  The ground for dismissal asserted in the motion was lack of Article III standing. ECF No. 38 at 9-18.  I therefore dismiss this case without prejudice for lack of subject matter jurisdiction.

    I FURTHER ORDER the clerk of court to close this case.

    DATED this 7th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE